FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 MAR 10 PM 12: 17

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 404-212 |
| DARRICK F. MCNAIR | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant DARRICK F. MCNAIR without prejudice.

SO ORDERED, this 10th day of March, 2016.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA